UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>Louis Albert CARRILLO,<br><br>           Defendant. | Case No.: '22 MJ0367<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18 U.S.C. § 111(a)(1)<br>Assault on Federal Officer<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about January 31, 2022, within the Southern District of California, defendant, Louis Albert CARRILLO, did intentionally and forcibly assault a person designated in Title 18, United States Code, Section 1114, to wit: a Department of Homeland Security, United States Customs and Border Protection Officer, J. Sanchez, while Officer Sanchez was engaged in and on account of the performance of his official duties, such acts involving physical contact with Officer Sanchez, to wit: striking Officer Sanchez with an object; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

And this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

Jon Dellinger, Special Agent
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 1st day of February, 2022.

HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Louis Albert CARRILLO

## PROBABLE CAUSE STATEMENT

This Complaint and Probable Cause Statement is based on the reports, documents, and notes furnished to Homeland Security Investigations Task Force Officer Jon Dellinger.

On January 31, 2022, at approximately 12:00 p.m., Louis Albert CARRILLO (CARRILLO) a United States Citizen, applied for entry into the United States through the Calexico, California West Port of Entry via the pedestrian primary lanes. During CARRILLO's initial inspection it was discovered CARRILLO had an active felony warrant for his arrest issued by the Imperial County Sherriff's Office. CARRILLO was detained and escorted to the Pedestrian Secondary Office for further processing.

While in the Pedestrian Secondary Office, Customs and Border Protection Officer (CBPO) K. Rivera observed CARRILLO become verbally abusive to CBPOs J. Sanchez and Rekker. CBPO K. Rivera heard CARRILLO threaten CBPOs Rekker and Sanchez by saying "I'll take you down, beat your ass fucking faggots." CARRILLO was shackled to the holding bench and continued to be verbally aggressive toward CBPOs in the Secondary Office. CBPO K. Rivera observed CARRILLO, while shackled to the bench, remove his shoe and throw it at CBPO Sanchez striking him in the upper right arm.

At approximately 1:30 p.m., Homeland Security Investigations (HSI) Special Agent (SA) J. Dellinger arrived and took custody of CARRILLO.

3